*J. M. Flagg*, for appellant.

*R. Parrett*, for appellee.

---

HUNT and Others *v.* STANDART and Others.

APPEAL from the *Marion* Circuit Court.

*Per Curiam.*—This case is in all respects similar to the case of *Hunt et al.* v. *Standart et al.*, at the present term. Ante, p. 33. Hence, the judgment herein, for the reasons given in that case, is affirmed, with costs, as to *Hunt* and *Andersons*, the makers of the note in suit, and as to the other defendants, it is reversed, with costs made against them. Cause remanded.

*N. B. Taylor*, for appellants.